JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| GREG LOREN WINSLOW,<br><br>Petitioner,<br><br>v.<br><br>MARK VARELA, Director, Chief Probation Officer, Ventura County, et al.,<br><br>Respondents. | CV 14-02521-RGK (SH)<br><br>JUDGMENT |

Pursuant to the Order of the court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: 11/19/14

_/s/ Gary Klausner_
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE